Before STATE INDUSTRIAL BOARD, Respondent. ROBERT P. JOHNSON, Claimant, Respondent, v. KEEFER MANUFACTURING COMPANY, INC., Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

MAGGIE PRYSTAJKO, Respondent, v. WASYL PRYSTAJKO, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

JOSEPH F. PFROMMER, Appellant, v. ANNA C. PFROMMER, Respondent.— Orders unanimously affirmed, with ten dollars costs and disbursements.

HARRY I. PRANKARD, Respondent, v. LOUIS M. JOSEPHTHAL and Others, Individually and as Copartners Doing Business under the Firm Name of JOSEPHTHAL & COMPANY, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PREFERRED MUTUAL FIRE INSURANCE COMPANY and Others, Respondents, v. FLORENCE J. CHASE, Individually and as Executrix, etc., of WILLIAM N. CHASE, Deceased, Appellant.— Judgment unanimously affirmed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PATTI, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. HENDRICKS, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM BLOCK, Principal, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Surety, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

DANIEL PERKINS, Respondent, v. THE CITY OF BINGHAMTON, Appellant.— Judgment and order unanimously affirmed, with costs.

EDGAR O. ROSE, Appellant, v. FRANK H. VAN NESS, Impleaded with ELIZABETH B. VAN NESS, Respondent.— Judgment and order unanimously affirmed, with costs.

MITCHELL T. SMITH, Respondent, v. ISAAK GUNDERSON, Appellant.— Judgment unanimously affirmed, with costs.

HERVEY D. THATCHER, Individually and as Sole Surviving Member of the Firm of H. D. THATCHER & Co., Appellant, v. H. D. THATCHER & Co., INC., and Others, Respondents, Impleaded with Another, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ULSTER AND DELAWARE BLUE STONE COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Hasbrouck, J., not sitting.

AUGUST C. VOIGT, Appellant, v. THE GORTON COMPANY, Respondent.— Order and judgment unanimously affirmed, with costs.

EMIL WENZEL, Respondent, v. BENJAMIN STRAUSS, Appellant.— Judgment and order unanimously affirmed, with costs.

AUGUSTUS YACKETT, as Administrator, etc., of MICHAEL YACKETT, Deceased, Respondent, v. DUNBAR & SULLIVAN DREDGING COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, upon the authority of *Norman* v. *Merritt & Chapman Derrick & Wrecking Co.* (200 App. Div. 360).

FLORA L. ANNABEL, Appellant, v. FREDERICK J. SHACKLETON and Others, Respondents.— Judgment and order unanimously affirmed, with costs.

FALLSBURGH LUMBER COMPANY, Respondent, v. SHOLIEM JOLLOWSKY, Appellant.— Motion granted, with ten dollars costs.